**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| CHRISTOPHER ORLANDO AND YESSENIA STAR ACOSTA,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND HYUNDAI CAPITAL AMERICA, INC. F/K/A HYUNDAI MOTOR FINANCE COMPANY,<br><br>Defendants. | Case No. 3:26-cv-00010-MOC-DCK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Christopher Orlando and Yessenia Star Acosta and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only

Dated: June 2, 2026

<table>
<tr><td>

*/s/ David Pinkhasov*
David Pinkhasov, NY # 5925904
(*Pro Hac Vice Admitted*)
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

Carlos Randolph Emory, Bar No. 17161
The Emory Law Firm, P.C.

</td><td>

*/s/ Caren D. Enloe*
Caren D. Enloe
North Carolina Bar No. 17394
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
PO Box 176010
Raleigh NC 27619-6010
Telephone: (919) 250-2000
Telefacsimile: (919) 250-2124
cenloe@smithdebnamlaw.com

*Counsel for Defendant*

</td></tr>
</table>

11020 David Taylor Drive, Suite 102
Charlotte, NC 28262
Phone: 704-371-4333
Text Phone: 704-877-0749
Fax: 704-371-3015
E-mail: emorylawecf@gmail.com

*Attorneys for Plaintiffs,*
*Christopher Orlando and Yessenia Star*
*Acosta*

*Experian Information Solutions, Inc.*

<u>/s/ Marc F. Kirkland</u>
Marc F. Kirkland
N.C. State Bar No. 60678
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
214-560-5454
Fax: 214-871-2111
Email: mkirkland@qslwm.com

*Counsel for Defendant*
*Trans Union LLC*

<u>/s/ Vincent Mark Smolczynski</u>
Vincent Mark Smolczynski, Esq.
SEYFARTH SHAW LLP
300 South Tryon Street, Suite 400
Charlotte, NC 28202
Tel: (704) 925-6043
Email: vsmilczynski@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

<u>/s/ Abigail A. Grise</u>
Abigail A. Grise N.C. Bar No. 64811
HOLLAND & KNIGHT LLP
1120 South Tryon Street, Suite 900
Charlotte, NC 28203
T: (980) 215-7770
F: (980) 215-7771
abigail.grise@hklaw.com

*Counsel for Defendant*
*Hyundai Capital America, Inc. f/k/a Hyundai*
*Motor Finance Company*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Willow Markowicz*

3