# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| CHRISTOPHER ORLANDO AND YESSENIA STAR ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND HYUNDAI CAPITAL AMERICA, INC. F/K/A HYUNDAI MOTOR FINANCE COMPANY, <br><br> Defendants. | Case No. 3:26-cv-00010-MOC-DCK <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Text Order entered on May 4, 2026 (Docket No. 30), Plaintiffs Christopher Orlando ("Plaintiff Orlando") and Yessenia Star Acosta ("Plaintiff Acosta") (collectively "Plaintiffs"), and Defendant Hyundai Capital America, Inc. f/k/a Hyundai Motor Finance Company ("Hyundai" or "Defendant"), by and through their undersigned counsel, respectfully submit the following Joint Status Report:

1. On May 20, 2026, Plaintiff Orlando filed with the American Arbitration Association ("AAA") the demand for arbitration and all the necessary documents for the initial filing, Case 01-26-0003-3741. The demand form provided states the claimant as Christopher Orlando and the respondent as Hyundai Capital America, Inc., f/k/a Hyundai Motor Finance Company.

2. AAA has determined that this arbitration arises out of a consumer agreement and, as such, the Consumer Arbitration Rules ("Consumer Rules") apply to this dispute. Under the

1

Consumer Rules, the consumer pays a filing fee of $225, and the business pays a filing fee of $375. On May 20, 2026, AAA received Plaintiff Orlando's portion of the filing fee and Plaintiff Orlando sent all parties a copy of the completed filing form. On June 22, 2026, Hyundai received the invoice and instructions regarding paying the filing fee from AAA.

3. On June 22, 2026, Plaintiff Orlando and Hyundai, each emailed AAA their service list for the case.

4. On June 29, 2026, AAA informed Hyundai and Plaintiff Orlando that this matter has been assigned to the appropriate center for administration.

5. On June 30, 2026, AAA informed Hyundai and Plaintiff Orlando that a manager was assigned to this matter, the deadline to file an answer to the claim, the deadline to complete and return the Checklist for Conflicts Form.

6. On May 20, 2026, Plaintiff Acosta filed with the American Arbitration Association ("AAA") the demand for arbitration and all the necessary documents for the initial filing, Case 01-26-0003-3735. The demand form provided states the claimant as Yessenia Star Acosta and the respondent as Hyundai Capital America, Inc., f/k/a Hyundai Motor Finance Company.

7. On May 20, 2026, AAA received Plaintiff Acosta's portion of the filing fee and Plaintiff Acosta sent all parties a copy of the completed filing form.

8. Plaintiff Acosta is still waiting for her case to be assigned for administration.

At this time, there are no disputes between the Parties requiring the Court's intervention.


Dated: July 2, 2026

/s/ David Pinkhasov
David Pinkhasov, NY # 5925904
(*Pro Hac Vice Admitted*)
CONSUMER ATTORNEYS PLLC

/s/ Abigail A. Grise
Abigail A. Grise
HOLLAND & KNIGHT LLP
1120 S. Tryon Street, Suite 900

2

68-29 Main Street
Flushing NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

Carlos Randolph Emory, Bar No. 17161
The Emory Law Firm, P.C.
11020 David Taylor Drive, Suite 102
Charlotte, NC 28262
Phone: 704-371-4333
Text Phone: 704-877-0749
Fax: 704-371-3015
E-mail: emorylawecf@gmail.com

*Attorneys for Plaintiffs,*
*Christopher Orlando and Yessenia Star*
*Acosta*

Charlotte, North Carolina 28203
T: 704.401.0413
F: 980.215.7771
abigail.grise@hklaw.com

*Counsel for Defendant,*
*Hyundai Capital America, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Willow Markowicz*